

FILED

FEB 0 2 2015

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

           Plaintiff,

    vs.

EDUARDO MUNOZ-CAMARENA,

          Defendant.

CASE NO. 15-cr-03170-LAB

**JUDGMENT OF DISMISSAL**

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal, without prejudice; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Indictment/Information:

    8:1326(a) and (b) - Attempted Reentry of Removed Alien (Felony)(1)

---

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 02/02/16

Bernard G. Skomal
U.S. Magistrate Judge